UNITED STATES ex rel. HUNTINGTON PIPING, INC., a corporation, Appellee,

v.

T. A. WARD, Jr., dba Ward Construction Company, and the Maryland Casualty Company, a corporation, Appellants.

No. 13266.

United States Court of Appeals Fourth Circuit.

Argued Oct. 8, 1969.

Decided Oct. 14, 1969.

John F. Wood, Jr., Huntington, W.Va. (Jenkins, Schaub & Fenstermaker, Huntington, W. Va., on brief), for appellants.

James W. St. Clair, Huntington, W. Va. (Marshall, Harshbarger & St. Clair, Huntington, W. Va., on brief), for appellee.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

This is a Miller Act case in which the jury returned a verdict in the amount of $8,463.34 in favor of the subcontractor.

After examination of the record and briefs and after hearing argument, we find no substantial error, and the judgment is

Affirmed.

■

Leonard Edward JORDAN, Appellant,

v.

The COUNTY OF MONTGOMERY, PENNSYLVANIA, and George C. Corson, Jr.

No. 17902.

United States Court of Appeals Third Circuit.

Submitted on Briefs Oct. 6, 1969.

Decided Oct. 16, 1969.

See also 3 Cir., 404 F.2d 747.

Leonard Jordan, pro se.

Peter P. Liebert, III, Liebert, Harvey, Herting, Short & Lavin, Philadelphia, Pa., for appellees.

Before McLAUGHLIN, FORMAN and ALDISERT, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM.

Petitioner's application for notes of the March 4, 1969 District Court hearing in this case is denied.

In this alleged civil rights case, we must agree with the District Court that plaintiff's allegations that defendants conspired to deprive him of his constitutional rights are too conclusory in nature and insufficient to state a cause of action under 42 U.S.C.A., Sections 1983 and 1985. The judgment of the District Court dismissing the action will be affirmed.